934 So.2d 510 (2005)
COSTA CROCIERE, S.P.A., Prestige Cruises N.V., Cruise Ships Catering and Services, International N.V., Costa Cruise Lines N.V., L.L.C., Costa Cruise Lines, Inc., and Carnival Corporation d/b/a Carnival Cruise Lines, Appellants,
v.
Ricardo ESCOBAR, Appellee.
No. 3D04-1016.
District Court of Appeal of Florida, Third District.
July 27, 2005.
*511 McAlpin & Brais, P.A., Miami, and Richard J. McAlpin, and Barbara J. Conner, Fort Myers; Robert S. Glazier, Miami, for appellants.
Rebecca B. Watford, Miami, for appellee.
Before GREEN, SHEPHERD, and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. See Fla. R. Civ. P. 1.061(g); Wedge Hotel Mgmt., (Bahamas), Ltd. v. Meier, 868 So.2d 552, 552 (Fla. 3d DCA 2004)("Wedge's motion to dismiss for forum non conveniens was not filed until May 6, 2002, well past the sixty day time limit of 1.061(g). As Wedge's motion was untimely under the plain language of 1.061(g), we need not address the merits of the arguments raised in the motion.").